1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Lester Randolph Johnson
6

7

8  **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
9  **WESTERN DIVISION**

10

11 | LESTER RANDOLPH JOHNSON, | ) | Case No.: 2:16-cv-03726-AFM |
   |                          | ) |                              |
12 |                          | ) | ~~PROPOSED~~ ORDER OF DISMISSAL |
   |        Plaintiff,        | ) |                              |
13 |                          | ) |                              |
   |         vs.              | ) |                              |
14 | NANCY A. BERRYHILL, Acting | ) |                          |
   | Commissioner of Social Security, | ) |                    |
15 |                          | ) |                              |
   |                          | ) |                              |
16 |       Defendant.         | ) |                              |
17

18
        Pursuant to the parties' stipulation, the above captioned matter is dismissed
19
   with prejudice, each party to bear its own fees, costs, and expenses.
20
        IT IS SO ORDERED.
21

22 DATE: 2/1/2017         /s/ Alex MacKinnon
                          _____
23                         ALEXANDER F. MACKINNON
                           UNITED STATES MAGISTRATE JUDGE
24

25

26

-1-

1  DATE: January 31, 2017       Respectfully submitted,

2                                LAW OFFICES OF LAWRENCE D. ROHLFING

3                                    /s/ *Steven G. Rosales*
                              BY:_____
4                                Steven G. Rosales
                                 Attorney for plaintiff Lester Randolph Johnson

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26